

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00311-CV

Jesus **CASTILLO**,
Appellant

v.

David **PEEPLES**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-001355-D2
Honorable J. Manuel Banales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee David Peeples recover his costs of this appeal, if any, from appellant Jesus Castillo.

SIGNED March 19, 2014.

_____
Marialyn Barnard, Justice